# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2023 JAN -4 PM 1:09
DEPUTY CLERK_____ mb

Joseph Anthony Graneto
Plaintiff

v.

Glass House by Windsor Properties
Defendant

Civil Action No. 3-23CV0017-E

## COMPLAINT

Mold infested Complex. ADA Multiple violations. Non EPA, Non Ada, No Saftey for residents, Handicap Violations, Criminal activity known! Managment Stealing funds from bank account! Mold in my lungs and blood - 9 Plus hours Baylor ER, 3 hours Parkland heart irregular heart beat, Almost death - I have proof from my Primary Care doctor, plus CareNow, ER reports etc. Mold growing from Apt exposure! Their was mold due to 2 floods, 1st clear water, 2nd Sewage in my Apt. due to negligence from Glass House by Windsor poor maintnace. Mangment only cares about money!

* Attach additional pages as needed.

Date: 01-04-2023
Signature: Joseph Anthony Graneto
Print Name: Joseph Anthony Graneto
Address: 2728 McKinnon Street 614
City, State, Zip: Dallas Texas 75201
Telephone: 314-817-4461

JS 44 (Rev. 10/20) - TXND (10/20)     **CIVIL COVER SHEET**     3-23CV0017-E

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
Joseph Anthony Granato

**(b)** County of Residence of First Listed Plaintiff: Dallas, TX 75201
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

### DEFENDANTS
GlassHouse by Windsor Properties

County of Residence of First Listed Defendant: Dallas, TX 75201
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Hoover Slovacek LLP
5051 Westheimer Ste 1200
Houston TX 77056

RECEIVED JAN - 4 2023 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

(Nature of suit selections: [X] 360 Other Personal Injury; [X] 370 Other Fraud)

### V. ORIGIN *(Place an "X" in One Box Only)*
[X] 1 Original Proceeding

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause: Death, ADA violations, HUD discrimination

### VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 70,000,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

### VIII. RELATED CASE(S) IF ANY
*(See instructions)* JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____