IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSEPH ANTHONY GRANETO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:23-cv-17-E |
| | § | |
| GLASS HOUSE BY WINDSOR PROPERTIES, | § | |
| | § | |
| Defendant. | § | |

# **JUDGMENT**

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that this case is DISMISSED for lack of subject matter jurisdiction.

SIGNED this 6th day of February, 2023.

_____
Ada Brown
UNITED STATES DISTRICT JUDGE